NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-KA-0418

State Of Louisiana

- - Versus - -

Jonathan Ray Harbin, Jr.

21st Judicial District Court
Case #: 37136
Livingston Parish

On Application for Rehearing filed on 01/03/2022 by Jonathan Ray Harbin, Jr.

Rehearing _____ DENY _____

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Mitchell R. Theriot

Date **FEB 1 0 2022**

_____
Rodd Naquin, Clerk